UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TRIPOLI ROCKETRY ASSOCIATION, INC., and NATIONAL ASSOCIATION OF ROCKETRY,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES,<br><br>Defendant. | Civil Action No. 00-0273 |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES AND COSTS

Plaintiffs respectfully request leave to file their Supplemental Motion for Attorneys' Fees and Costs. If granted, Plaintiffs' Supplemental Motion will seek reimbursement for only those attorneys' fees and costs incurred in preparing Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, filed August 10, 2009. Plaintiffs' counsel attempted unsuccessfully to contact counsel for the Defendant on August 10, 2009 to confer regarding this motion, pursuant to Rule 7(m) of the Local Civil Rules of this Court.

Respectfully submitted,

*/s/*
Martin G. Malsch
John W. Lawrence
Egan, Fitzpatrick, Malsch & Lawrence, PLLC
1750 K St. NW, Suite 350
Washington, D.C. 20006
Tel: (202) 466-3106
Fax: (202) 496-5011
mmalsch@nuclearlawyer.com
jlawrence@nuclearlawyer.com


Dated:  August 10, 2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRIPOLI ROCKETRY ASSOCIATION, INC., and NATIONAL ASSOCIATION OF ROCKETRY  Plaintiffs, v. BUREAU OF ALCOHOL, TOBACCO, FIREARMS & EXPLOSIVES,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 00-0273 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Tripoli Rocketry Association's and National Association of Rocketry's Motion for Leave to File Supplemental Motion for Attorneys' Fees and Costs was served on the following attorneys of record by electronically filing the document on the CM-ECF document filing system for the United States District Court for the District of Columbia on this 10th day of August, 2009:

Jane Lyons, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001


/s/
Martin G. Malsch

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| TRIPOLI ROCKETRY ASSOCIATION, INC., and NATIONAL ASSOCIATION OF ROCKETRY, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 00-0273 |
| BUREAU OF ALCOHOL, TOBACCO, FIREAREMS & EXPLOSIVES, | ) ) ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Currently before the Court is the Plaintiffs' Motion for Leave to File Supplemental Motion for Attorneys' Fees and Costs, filed August 10, 2009.  It is hereby **ORDERED** this ____ day of _____, 2009 that Plaintiffs' motion is **GRANTED.**  Plaintiffs' Supplemental Motion shall be filed within ten (10) days of the date of this Order, and shall be limited to only those attorneys' fees and costs incurred in the preparation of Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs Pursuant to the Equal Access to Justice Act, filed August 10, 2009.

**SO ORDERED.**

                                                                                _____
                                                                            REGGIE B. WALTON
                                                                    United States District Judge

Martin G. Malsch
John W. Lawrence
Egan, Fitzpatrick, Malsch & Lawrence, P.L.L.C.
1750 K St. NW, Suite 350
Washington, D.C. 20006
Tel: (202) 466-3106
Fax: (202) 496-5011
mmalsch@nuclearlawyer.com
jlawrence@nuclearlawyer.com
*Counsel for Plaintiffs*

Jane Lyons, Esq.
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
*Counsel for Defendant*